DANIEL W. BEAGLE, Appellant, v. MARTIN ROGERS, Respondent.— Interlocutory judgment unanimously affirmed, with costs, with leave to the plaintiff, within twenty days, to withdraw demurrer and plead over, upon payment of costs.

THE BURT OLNEY CANNING COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

THE CHAMBER OF COMMERCE OF THE CITY OF OGDENSBURG, Appellant, v. HENRY BOUCHARD, Respondent.— Judgment unanimously affirmed, with costs.

FRANCES K. DILLON and RICHARD S. DILLON, Appellants, v. CAROLINE HELLER, Respondent.— Judgment unanimously affirmed, with costs.

ELIZABETH H. DEMONEY, as Administratrix, etc., of GRANT DEMONEY, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.  Lyon, J., not sitting.

JAMES E. DANTE, Plaintiff, v. JAMES E. KNOTT, Appellant, Impleaded with JAMES E. WINTERS and Another, Defendants.  WILLIAM E. DANTE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

PASQUALE FARRACANE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

DELIA B. FROUDE, Respondent, v. CHARLES R. FLEISCHMANN, Appellant.— Judgment and order unanimously affirmed, with costs.

BESSIE GRIMES, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.